In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00093-CR

                                                ______________________________

 

 

                                      DAVID LEE WILSON,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the Sixth
Judicial District Court

                                                             Lamar County, Texas

                                                            Trial
Court No. 23660

 

                                                          
                                        

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                      MEMORANDUM OPINION

 

            David Lee
Wilson has filed a notice of appeal from his conviction of aggravated sexual
assault of a child.  On our review of the
clerk’s record, we noted that the trial court’s certification of right of
appeal stated that this was a plea agreement case and that Wilson has no right
of appeal.  

            Unless a
certification, showing that a defendant has the right of appeal, is in the
record, we must dismiss the appeal. 
See Tex. R. App. P.
25.2(d).  

            Because the
trial court’s certification affirmatively shows Wilson has no right of appeal,
and because the record before us does not reflect that the certification is
incorrect, see Dears v. State, 154 S.W.3d 610, 615 (Tex. Crim.
App. 2005), we must dismiss the appeal.

            We
dismiss the appeal for want of jurisdiction. 


 

 

 

                                                                        Jack
Carter

                                                                        Justice

 

Date Submitted:          June
15, 2010

Date Decided:             June
16, 2010

 

Do Not Publish